United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 12-14262-VZ
Arsenio V. Consolacion                                                  Chapter 13
Olga M. Consolacion
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2         User: scarranza          Page 1 of 1          Date Rcvd: Mar 25, 2016
                             Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2016.
db/jdb         +Arsenio V. Consolacion,   Olga M. Consolacion,   1453 E Albia Street,   Carson, CA 90745-2407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2016                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2016 at the address(es) listed below:
              Angela    Frazier    on behalf of Creditor    Wells Fargo Bank, N.A. angela.frazier@wellsfargo.com
              DeMarcus    Jones    on behalf of Creditor    Wells Fargo Bank, N.A. Demarcus.Jones@wellsfargo.com
              Dolores    Garcia    on behalf of Creditor    PRA Receivables Management, LLC
               dgarcia@portfoliorecovery.com
              Gwendolyn C McClain    on behalf of Creditor    Wells Fargo Bank, N.A.
               gwendolyn.c.mcclain@wellsfargo.com
              Joe M Lozano, Jr    on behalf of Creditor    Wells Fargo Bank, N.A. notice@NBSDefaultServices.com
              John    Chandler    on behalf of Creditor    Wells Fargo Bank, N.A. john.chandler@wellsfargo.com
              Joseph M Raymond    on behalf of Creditor    Midland Credit Management, Inc.
               MBX_ILMS_Bankruptcy@MCMCG.com
              Nancy K Curry (TR)    ecfnc@trustee13.com
              Patricya    Livingston    on behalf of Creditor    Wells Fargo Bank, N.A.
               Patricya.Livingston@wellsfargo.com
              Todd B Becker    on behalf of Debtor Arsenio V. Consolacion brief@beckerlawgroup.com,
               MOTA@BECKERLAWGROUP.COM
              Todd B Becker    on behalf of Joint Debtor Olga M. Consolacion brief@beckerlawgroup.com,
               MOTA@BECKERLAWGROUP.COM
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 12

Nancy Curry, Chapter 13 Standing Trustee
Erika Green (SBN 285370)
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014
Fax: (213) 689-3055

**FILED & ENTERED**

**MAR 25 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ARSENIO V. CONSOLACION,<br><br>OLGA M. CONSOLACION,<br><br><br><br>                    Debtor. | Chapter 13<br><br>Case No. 2:12-bk-14262-VZ<br><br>**ORDER GRANTING THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS IF DEBTOR FAILS TO MAKE TIMELY PLAN PAYMENTS**<br><br>**HEARING DATE/TIME**<br>Date: March 14, 2016<br>Time: 11:00 A.M.<br>Place: 255 E. Temple Street,<br>         Courtroom 1368<br>         Los Angeles, CA 90012 |

On March 14, 2016, at 11:00 a.m. in Courtroom 1368, 255 East Temple Street, Los Angeles, CA 90012, the Honorable Vincent Zurzolo held the hearing regarding the Chapter 13 Trustee's Motion to Dismiss. Appearances were as noted on the record.

The Court having considered the pleadings filed and statements made in open Court, and good cause appearing therefor, it is hereby ORDERED:

(1)     the Chapter 13 Trustee's Motion to Dismiss is GRANTED IF the Debtor fails to make ANY TIMELY PLAN PAYMENTS, and

(2) If the Debtor fails to make timely plan payments, the case shall be DISMISSED UPON DECLARATION of the Chapter 13 Trustee establishing evidence of failure to make timely plan payments.

####

Date: March 25, 2016

_____
Vincent P. Zurzolo
United States Bankruptcy Judge